3:12-CV-304-J-34JBT

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.: 16-2012-CA-000685 -XXXX-
DIVISION: CV-E

WILLIE BLASSINGAME,

    Plaintiff,

vs.

JAMES B. LEISTMAN and
SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,

    Defendants.
_____/

FILED JAN 20 2012 CLERK CIRCUIT COURT

## COMPLAINT

Plaintiff, **WILLIE BLASSINGAME**, sues Defendants, **JAMES B. LEISTMAN** and **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**, and alleges:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. At all times material to this action, Plaintiff, **WILLIE BLASSINGAME**, was a natural person residing in Jacksonville, Duval County, Florida.

3. At all times material to this action, Defendant, **JAMES B. LEISTMAN**, was a natural person residing in Federal Heights, Colorado.

4. At all times material to this action, Defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**, is and was a Foreign Limited Liability Company licensed to do business in the State of Florida.

1

## COUNT I
## PLAINTIFF'S, WILLIE BLASSINGAME, CLAIM OF NEGLIGENCE AGAINST DEFENDANT, JAMES B. LEISTMAN

Plaintiff, **WILLIE BLASSINGAME**, realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 4 above.

5. On or about February 28, 2011, Plaintiff, **WILLIE BLASSINGAME**, was a passenger riding in a JTA city bus traveling on North Main Street, in Jacksonville, Duval County, Florida.

6. At that time and place, Defendant, **JAMES B. LEISTMAN**, was employed by **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC** and was a permissive user operating a truck owned by Defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**, traveling on North Main Street in Jacksonville, Duval County, Florida.

7. At that time and place, Defendant, **JAMES B. LEISTMAN**, negligently operated and/or maintained the truck so that it collided with the vehicle Plaintiff, **WILLIE BLASSINGAME**, was in.

8. At that time and place, Defendant, **JAMES B. LEISTMAN**, was driving the truck within the course and scope of his employment with, Defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**.

9. Defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**, is vicariously liable for the negligence of Defendant, **JAMES B. LEISTMAN**.

10. As a direct and proximate cause of Defendant's, **JAMES B. LEISTMAN**, negligence, Plaintiff, **WILLIE BLASSINGAME**, suffered or incurred:

a. Significant and permanent loss of an important bodily function and/or permanent and significant scarring;

b. permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

c. pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

d. expenses of medical care and treatment in the past and in the future; and/or

e. loss of wages and/or loss of earning capacity in the future.

11. All losses are continuing and/or permanent.

12. Plaintiff, **WILLIE BLASSINGAME**, will suffer or incur the injuries, expenses and impairment in the future.

## COUNT II
### PLAINTIFF'S, KEITH BRYANT, CLAIM OF NEGLIGENCE AGAINST DEFENDANT, SWIFT TRANSPORTATION CO. OF ARIZONA, LLC

Plaintiff, **WILLIE BLASSINGAME**, realleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 4 above.

13. On or about February 28, 2011, Defendant, **JAMES B. LEISTMAN**, was operating a truck with permission and consent of its owner, Defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC**, traveling on North Main Street in Jacksonville, Duval County, Florida..

14. At that time and place, Defendant, **JAMES B. LEISTMAN**, negligently operated and/or maintained the truck so that it collided with the vehicle Plaintiff, **WILLIE BLASSINGAME**, was in.

3

15. Defendant, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** is vicariously liable for the negligence of Defendant, **JAMES B. LEISTMAN,** pursuant to Florida's Dangerous Instrumentality Doctrine as well as the employer/employee relationship between **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC and JAMES B. LEISTMAN.**

16. As a direct and proximate cause of Defendant's, **SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** negligence, Plaintiff, **WILLIE BLASSINGAME,** suffered or incurred:

   a. Significant and permanent loss of an important bodily function and/or permanent and significant scarring;

   b. permanent injury within a reasonable degree of medical probability other than scarring or disfigurement;

   c. pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

   d. expenses of medical care and treatment in the past and in the future; and/or

   e. loss of wages and/or loss of earning capacity in the future.

17. All losses are continuing and/or permanent.

18. Plaintiff, **WILLIE BLASSINGAME,** will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE,** Plaintiff, **WILLIE BLASSINGAME,** demands judgment for damages against Defendants, **JAMES B. LEISTMAN and SWIFT TRANSPORTATION CO. OF ARIZONA, LLC,** and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

4


**RESPECTFULLY** submitted this __17th__ day of January, 2012

_____
MEGAN SEARLS, ESQUIRE
FBN: 0794841
Morgan & Morgan, P.A.
76 South Laura Street, Suite 1100
Jacksonville, FL 32202
Telephone: (904) 398-2722
Facsimile: (904) 366-7677
Attorneys for Plaintiff