IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIE BLASSINGAME,

      Plaintiff,

vs.                           CASE NO.:   3:12-cv-304-J-34JBT

JAMES B. LEISTMAN and
SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC,

      Defendants.

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff and Defendants, by and through their undersigned attorneys and pursuant to

Rule 41(a), Federal Rules of Civil Procedure, stipulate to the dismissal of this action with

prejudice.

MORGAN & MORGAN, P.A.

_____
STEVEN E. EARLE, ESQ.
Florida Bar No.: 300550
76 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: 904-398-2722
Facsimile: 904-366-7677
Primary E-mail: searle@forthepeople.com
Attorneys for Plaintiff

SAALFIELD, SHAD, STOKES, INCLAN,
STOUDEMIRE & STONE, P.A.

_____
WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
E-mail: wstone@saalfieldlaw.com
Attorneys for Defendants Swift Transportation
Co. of Arizona, LLC and James B. Leistman

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to **Steven E. Earle, Esquire**, Morgan & Morgan, P.A., 76 North Laura Street, Suite 1100, Jacksonville, Florida 32202 by CM/ECF Filing this 16th day of ~~March,~~ *July* 2013.

SAALFIELD, SHAD, STOKES, INCLAN,
STOUDEMIRE & STONE, P.A.

WILLIAM T. STONE
Florida Bar No. 263397
245 Riverside Avenue, Suite 400
Jacksonville, Florida 32202
Telephone: (904) 355-4401
Facsimile: (904) 355-3503
E-mail: wstone@saalfieldlaw.com
Attorneys for Defendants Swift Transportation Co.
of Arizona, LLC and James B. Leistman