**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WILLIE BLASSINGAME,

    Plaintiff,

vs.                                                Case No. 3:12-cv-304-J-34JBT

JAMES B. LEISTMAN and
SWIFT TRANSPORTATION CO.
OF ARIZONA, LLC,

    Defendants.
_____

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal With Prejudice (Dkt. No. 30; Stipulation) filed on July 16, 2013.  In the Stipulation, the parties request dismissal of this matter with prejudice.  See Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice**.

    2.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of July, 2013.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record